*FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2013 JAN -9 PM 4: 13
DISTRICT OF UTAH*

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

| In re: | ) | Bankruptcy No. 08-20300 WTT |
|---|---|---|
|  | ) | (Chapter 7) |
| REX G. WHEELER, JR., | ) |  |
|  | ) | **DEPOSIT OF UNCLAIMED FUNDS** |
| Debtor. | ) |  |
|  | ) | Honorable William T. Thurman |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1. On October 29, 2012, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 1 | 11075 | Richard Shepherd<br>PO Box 6558<br>Goodyear, AZ 85338 | $2,512.75 |
| 23 | 11085 | Jeremy Hynek<br>8001 Irvine Center Drive #1430<br>Irvine, CA 92618 | $923.89 |
| OG17 | 11120 | Christopher Aarsvold<br>5851 East Blue Sky Drive<br>Scottsdale, AZ 85266 | $1,022.92 |
| Total |  |  | $4,459.56 |



2. The prior distributions checks were returned and no updated address information has been received by the Trustee.

3. The Trustee has stopped payment on said checks.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000192369365.

5. The last known name and address of payee, to which the prior checks were sent, are listed above.

6. A check in the amount of $4,459.56 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 9th day of January, 2013.

Gary E. Jubber, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2013, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

> U.S. Trustees Office
> Ken Garff Building
> 405 S. Main Street
> Suite 300
> Salt Lake City, UT 84111

4847-2742-4530, v. 1