FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2013 FEB -5  PM 12:49

DISTRICT OF UTAH

Gary E. Jubber, Trustee (1758)
215 South State Street
Suite 1200
Salt Lake City, Utah 84111-2323
Telephone: (801) 531-8900

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>REX G. WHEELER, JR.,<br><br>Debtor. | Bankruptcy No. 08-20300 WTT<br>(Chapter 7)<br><br>**DEPOSIT OF UNCLAIMED FUNDS**<br><br>Honorable William T. Thurman |

Gary E. Jubber, the duly-appointed and acting Trustee of the above-captioned bankruptcy estate, represents to the Court that:

1.  On October 29, 2012, the following checks were issued in the following amounts:

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 15P | 11072 | Marilyn Boucher<br>164 East Spencer Peakway #A9<br>Draper, UT  84020 | $2,425.00 |
| 15U | 11073 | Marilyn Boucher<br>164 East Spencer Peakway #A9<br>Draper, UT  84020 | $35.66 |

3

| Claim No. | Check No. | Creditor/Address | Check Amount |
|---|---|---|---|
| 40 | 11095 | Michael McAtee<br>c/o Snell & Wilmer, LLP<br>15 West South Temple<br>Suite 1200<br>Salt Lake City, UT  84101 | $1,070.84 |
| Total | | | $3,531.50 |

2. The prior distributions checks were returned and no updated address information has been received by the Trustee.

3. The Trustee has stopped payment on said checks.

4. The unclaimed funds are on deposit in THE BANK OF NEW YORK MELLON, Account No. 92000192369365.

5. The last known name and address of payee, to which the prior checks were sent, are listed above.

6. A check in the amount of $3,531.50 representing said unclaimed funds has been made payable to the U.S. Bankruptcy Court, and is attached hereto.

DATED this 5th day of February, 2013.

Gary E. Jubber, Trustee

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2013, I served the foregoing **Deposit of Unclaimed Funds** upon the following party in interest by depositing a copy thereof in the United States mail, postage prepaid, addressed as follows:

>U.S. Trustees Office
>Ken Garff Building
>405 S. Main Street
>Suite 300
>Salt Lake City, UT 84111

*/s/ Diane Romero*

4835-4766-2354, v. 1