

FEB 1 8 2014

MAIL ALL

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| In re: | |
|---|---|
| Rex G. Wheeler | Case No: 08-20300 <br> Chapter 7 |
| Debtor(s) | |

### ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to Michael McAtee, in the amount of $1,070.84 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C.§347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Michael McAtee C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $1,070.84, to:      Michael McAtee

> C/o Dilks & Knopik, LLC
> 35308 SE Center St
> Snoqualmie, WA 98065.

---------------------------------------- END OF ORDER ----------------------------------------