United States Bankruptcy Court
District of Utah
Frank E. Moss United States Courthouse
350 South Main Street
Salt Lake City, UT 84101

Deneen Nunn                                                                                              Telephone:
Financial Department                                                                                     (801) 524-6682

April 9, 2014

Brian Dilks
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065

Re: **Unclaimed funds Request for Case # 08-20300 (Rex G. Wheeler)**

To Whom it May Concern:

I am in receipt of your request for unclaimed funds in the above-referenced case. The email I sent you on March 12, 2014 has not been responded to. In order to process your request, please provide the following to the court:

- ID for Michael with the last 4 digits showing.

- Verification of address. The address you list for him is not the address listed on the tax form as proof of address.

- Documentation showing Michael's relationship to this case.

- Please provide these documents by May 9, 2014.

**Please send the above items to the following address:**

U.S. Bankruptcy Court
Attn: Deneen Nunn
350 South Main Street, Room 301
Salt Lake City, Utah 84101

If you have any questions, please call me at 801-524-6682.

Sincerely yours,

*Deneen Nunn*

Deneen Nunn
Financial Department