see letter of 4/9/2014 from employee of Clerk's office.

**The below described is UNSIGNED:**

**Dated: May 14, 2014**



---

<div align="center">

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

</div>

---

|  |  |
|---|---|
| In re:<br><br>    Rex G. Wheeler | Case No: 08-20300<br>Chapter 7 |
| <div align="center">Debtor(s)</div> | |

---

<div align="center">

**ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

</div>

It appearing that the check made payable to Michael McAtee, in the amount of $1,070.84 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C.§347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Michael McAtee C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $1,070.84, to:        Michael McAtee

<div align="center">

C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

</div>

<div align="center">

---------------------------------------- END OF ORDER ----------------------------------------

</div>

<div align="center">

Entered On Docket: 05/14/2014

</div>

United States Bankruptcy Court
District of Utah

In re:                                                                  Case No. 08-20300-WTT
Rex G. Wheeler                                                          Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2            User: blh              Page 1 of 3          Date Rcvd: May 14, 2014
                               Form ID: pdfor1         Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2014.
          +Michael McAtee,    c/o Dilks & Knopik, LLC,    35308 SE Center St,    Snoqualmie, WA 98065-9216
5915843     Michael McAtee,    809 Olive Way, Apt. 1309,    Seattle, WA  98101-1986

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2014                                 Signature:   /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2014 at the address(es) listed below:
          Anna W. Drake    on behalf of Defendant Rex G. Wheeler, Jr. annadrake@att.net
          Anna W. Drake    on behalf of Debtor Rex G. Wheeler, Jr. annadrake@att.net
          Anna W. Drake    on behalf of Debtor   Bedrock Marketing, LLC annadrake@att.net
          Anna W. Drake    on behalf of Debtor   The Ockham Group, LLC annadrake@att.net
          Anna W. Drake    on behalf of Debtor   Enlightened Management, LLC annadrake@att.net
          Anna W. Drake    on behalf of Debtor   Property Certain, LLC annadrake@att.net
          Arnold  Richer    on behalf of Creditor   Richer & Overholt, PC aricher@richerandoverholt.com,
           bjensen@richerandoverholt.com
          Bruce L. Richards    on behalf of Plaintiff Mark  Elggren BruceRichards@hotmail.com
          Bruce L. Richards    on behalf of Creditor Mark  Elggren BruceRichards@hotmail.com
          Darwin H. Bingham    on behalf of Creditor   Mountain America Federal Credit Union
           dbingham@scalleyreading.net,  cat@scalleyreading.net
          David R. Hague    on behalf of Plaintiff Gary  Jubber dhague@fabianlaw.com,  dromero@fabianlaw.com
          David R. Hague    on behalf of Trustee Gary E. Jubber tr dhague@fabianlaw.com,
           dromero@fabianlaw.com
          David R. Hague    on behalf of Plaintiff Gary E Jubber dhague@fabianlaw.com,  dromero@fabianlaw.com
          David R. Hague    on behalf of Plaintiff Gary E. Jubber dhague@fabianlaw.com,
           dromero@fabianlaw.com
          David R. Hall    on behalf of Creditor Racquel  Lindaas dhall@parsonsbehle.com,
           djones@parsonsbehle.com
          David R. Hall    on behalf of Creditor Raquel  Lindaas dhall@parsonsbehle.com,
           djones@parsonsbehle.com
          Dean A. Stuart    on behalf of Plaintiff Mark  Elggren deanstuart@yahoo.com,  itchon@yahoo.com
          Dean A. Stuart    on behalf of Creditor Mark  Elggren deanstuart@yahoo.com,  itchon@yahoo.com
          Dianna M. Gibson    on behalf of Creditor Dirk  Koetter ecf@parsonsbehle.com
          Douglas J. Payne    on behalf of Trustee Gary E. Jubber tr dpayne@fabianlaw.com,
           smcnett@fabianlaw.com
          Gary E. Jubber    on behalf of Trustee Gary E. Jubber tr gjubber@fabianlaw.com,
           mparks@fabianlaw.com;ccarlson@fabianlaw.com
          Gary E. Jubber tr    gjubber@fabianlaw.com,
           UT07@ecfcbis.com;mparks@fabianlaw.com;ccarlson@fabianlaw.com
          Gary E. Jubber tr    on behalf of Trustee Gary E. Jubber tr gjubber@fabianlaw.com,
           UT07@ecfcbis.com;mparks@fabianlaw.com;ccarlson@fabianlaw.com
          Gil A. Miller    gmiller@rockymountainadvisory.com,  jcurtis@rockymountainadvisory.com
          J. Ryan Connelly    on behalf of Creditor Randy  Van Ness rconnelly@tomsiclaw.net
          J. Ryan Connelly    on behalf of Creditor Bruce  Meisenheimer rconnelly@tomsiclaw.net
          J. Ryan Connelly    on behalf of Creditor Randell  Van Ness rconnelly@tomsiclaw.net
          J. Ryan Connelly    on behalf of Creditor Beckie  Meisenheimer rconnelly@tomsiclaw.net
          J. Ryan Connelly    on behalf of Creditor   Holladay Family Trust, LLC rconnelly@tomsiclaw.net
          J. Ryan Connelly    on behalf of Creditor   Cardiff Investments, LLC rconnelly@tomsiclaw.net
          J. Ryan Connelly    on behalf of Creditor Margaret  Van Ness rconnelly@tomsiclaw.net
          John T. Morgan tr    on behalf of U.S. Trustee   United States Trustee john.t.morgan@usdoj.gov,
           James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov

District/off: 1088-2          User: blh              Page 2 of 3              Date Rcvd: May 14, 2014
                              Form ID: pdfor1        Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

       Knute A. Rife    on behalf of Defendant Brady T. Gibbs KARife@RifeLegal.com
       L. Mark Ferre    on behalf of Creditor   Honda Lease Trust mferre@mstar2.net
       Mark S. Swan    on behalf of Creditor Steven  Kopper mark@swanlaw.net
       Michael A. Gehret    on behalf of Creditor Dirk  Koetter mgehret@swlaw.com,
       mposada@swlaw.com;docket_slc@swlaw.com
       Michael A. Gehret    on behalf of Defendant Dirk  Koetter mgehret@swlaw.com,
       mposada@swlaw.com;docket_slc@swlaw.com
       Michael R. Johnson    on behalf of Creditor Michael  McAtee mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Jen Hillis mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Plaintiff Jeff  Hillis mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor Julianne E. Newcomb mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor Suzanne  Garcia mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Jodi Whittemore mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Jeff Hillis mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Plaintiff Jodi  Whittemore mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Tim Whittemore mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Dan Roether mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Plaintiff Tim  Whittemore mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Pam Wright mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Plaintiff Michael  McAtee mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Plaintiff   Hillis Real Estate & Development, Inc.
       mjohnson@rqn.com,  dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Plaintiff   JH Hillis Homes, LLC mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   JH Homes LLC mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Darren Wright mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Moving Creditors mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Julie Newcomb mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Defendant Samuel W. Perry mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Joey Roether mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor   Hillis Real Estate & Development, Inc.
       mjohnson@rqn.com,  dburton@rqn.com;docket@rqn.com
       Michael R. Johnson    on behalf of Creditor Jeff  Hillis mjohnson@rqn.com,
       dburton@rqn.com;docket@rqn.com
       Peggy A. Tomsic    on behalf of Creditor Beckie  Meisenheimer tomsic@mgpclaw.com,
       washenko@mgpclaw.com;wayment@mgpclaw.com
       Peggy A. Tomsic    on behalf of Creditor Randell  Van Ness tomsic@mgpclaw.com,
       washenko@mgpclaw.com;wayment@mgpclaw.com
       Peggy A. Tomsic    on behalf of Creditor   Cardiff  Investments, LLC tomsic@mgpclaw.com,
       washenko@mgpclaw.com;wayment@mgpclaw.com
       Peggy A. Tomsic    on behalf of Creditor Margaret  Van Ness tomsic@mgpclaw.com,
       washenko@mgpclaw.com;wayment@mgpclaw.com
       Peggy A. Tomsic    on behalf of Creditor   Holladay Family Trust, LLC tomsic@mgpclaw.com,
       washenko@mgpclaw.com;wayment@mgpclaw.com
       Peggy A. Tomsic    on behalf of Creditor Randy  Van Ness tomsic@mgpclaw.com,
       washenko@mgpclaw.com;wayment@mgpclaw.com
       Peggy A. Tomsic    on behalf of Creditor Bruce  Meisenheimer tomsic@mgpclaw.com,
       washenko@mgpclaw.com;wayment@mgpclaw.com
       Quinn A. Sperry    on behalf of Interested Party Anthony  Booth Quinn@morrissperry.com
       Richard C. Terry    on behalf of Creditor Beckie  Meisenheimer richard@tjblawyers.com,
       cbcecf@yahoo.com
       Richard C. Terry    on behalf of Defendant Bruce  Meisenheimer richard@tjblawyers.com,
       cbcecf@yahoo.com
       Richard C. Terry    on behalf of Defendant Beckie  Meisenheimer richard@tjblawyers.com,
       cbcecf@yahoo.com
       Richard C. Terry    on behalf of Defendant   Cardiff  Investments, LLC richard@tjblawyers.com,
       cbcecf@yahoo.com
       Richard C. Terry    on behalf of Creditor Bruce  Meisenheimer richard@tjblawyers.com,
       cbcecf@yahoo.com

District/off: 1088-2          User: blh              Page 3 of 3            Date Rcvd: May 14, 2014
                              Form ID: pdfor1        Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Richard C. Terry    on behalf of Creditor   Cardiff Investments, LLC richard@tjblawyers.com,
           cbcecf@yahoo.com
          Robert K. Reynard    on behalf of Defendant Aaron John Wernli rreynard@padrm.com,
           lindsay@padrm.com
          United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                    TOTAL: 76