# DILKS & KNOPIK, LLC

"When Success Matters"

January 5, 2015

United State Bankruptcy Court
District Of Utah
Attn: Financial Administrator
Frank E. Moss Courthouse
Salt Lake City, UT 84101

Re: Application for the Release of Unclaimed Funds:
    Case No: 08-20300
    Amount: $1,070.84
    Debtor: Rex G. Wheeler
    Creditor: Michael McAtee

To whom it may concern:

I am writing to inquire about the status of an application that was filed with the court on 02/13/2014. The application was filed by Dilks & Knopik, LLC, on behalf of Michael McAtee, for the recovery of unclaimed funds held in the amount of $1,070.84.

We received an order for payment for our application on 05/14/2014 (see attached) but as of today have not received payment. I am hoping you can provide status of this application.

Thank you for taking to the time to review this inquiry. You may indicate the status of this application via e-mail at andrew.drake@dilksknopik.com or by phone at (877) 836-5728 x 123. If you need additional information or have specific questions regarding this application, please contact Andrew Drake soon as possible. Thanks again for your time.

Sincerely,

Pam Dilks
Account Manager

35308 SE center Street
Snoqualmie, WA 98065

Phone  (425) 836-5728
Fax     (877) 209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com

**The below described is UNSIGNED:**

**Dated: May 14, 2014**



---

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH

| | |
|---|---|
| In re:<br><br>Rex G. Wheeler<br><br>Debtor(s) | Case No: 08-20300<br>Chapter 7 |

### ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS

It appearing that the check made payable to Michael McAtee, in the amount of $1,070.84 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C.§347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Michael McAtee C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $1,070.84, to:     Michael McAtee

           C/o Dilks & Knopik, LLC
           35308 SE Center St
           Snoqualmie, WA 98065.

---------------------------------------------- END OF ORDER ----------------------------------------------

Entered On Docket: 05/14/2014

020823                         63505020843013